NO. 07-11-0318-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

OCTOBER 13, 2011

_____


SUSANNE LINDSEY HOWELL, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 108TH DISTRICT COURT OF POTTER COUNTY;

NO. 61,292-E; HONORABLE DOUGLAS R. WOODBURN, JUDGE

_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Following a plea of not guilty, Appellant, Susanne Lindsey Howell, was convicted of credit card abuse[1] and sentenced to two years confinement.

Pending before this Court is Appellant's *Motion to Dismiss Appeal* in which she moves to have her notice of appeal withdrawn and this appeal dismissed. As required

---

[1]Tex. Penal Code Ann. § 32.31(b) (West 2011).

by Rule 42.2(a) of the Texas Rules of Appellate Procedure, the motion is signed by Appellant and her attorney. No decision of this Court having been delivered, the motion is granted and the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

                                              Patrick A. Pirtle
                                                  Justice

Do not publish.